Stacy H. Rubin (SBN 228347)
rubins@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Telephone: 702.471.7000
Facsimile: 702.471.7070

Attorneys for Defendant Capital One
Bank (USA), N.A., erroneously sued as
Capital One Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS REEVES, | Case No.: 2:19-cv-01503-JAM-CKD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR CAPITAL ONE BANK (USA), N.A., TO RESPOND TO COMPLAINT** |
| v. | |
| CAPITAL ONE BANK, N.A., | |
| Defendant. | |

Pursuant to L.R. 144, Plaintiff Dennis Reeves ("Plaintiff") and Defendant Capital One Bank (USA), N.A., erroneously sued herein as Capital One Bank, N.A. ("Capital One"), by and through their counsel of record, hereby agree and stipulate to extend Capital One's time to respond to Plaintiff's Complaint from August 28, 2019 to September 11, 2019. Plaintiff is amenable to allowing Capital One a brief extension of time to evaluate the matter and provide the appropriate response to Plaintiff's Complaint. This is Capital One's first request for an extension.

Accordingly, Plaintiff and Capital One hereby stipulate that Capital One shall file its response to Plaintiff's Complaint on or before September 11, 2019.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 16, 2019 | Dated: August 16, 2019 |
| BALLARD SPAHR LLP | MARTIN & BONTRAGER, APC |
| */s/ Stacy H. Rubin* <br> Stacy H. Rubin, Esq. <br> Attorneys for Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Bank, N.A. | */s/ Nicholas J. Bontrager* <br> Nicholas J. Bontrager, Esq. <br> Attorneys for Plaintiff Dennis Reeves |

## **ORDER**

Based upon the parties' above Stipulation Extending Time for Capital One to Respond to Complaint, and good cause appearing,

It is hereby ORDERED that Capital One shall file its response to Plaintiff's Complaint on or before September 11, 2019.

**IT IS SO ORDERED.**

Dated: August 16, 2019          /s/ John A. Mendez_____
                                U. S. District Court Judge