**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
DENNIS REEVES,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS REEVES,<br><br>    Plaintiff,<br><br>    vs.<br><br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant(s), | Case No.: 2:19-cv-01503-JAM-CKD<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, DENNIS REEVES, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

1 | as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of
2 | dismissal, with prejudice, within sixty (60) days.
3
4
5 |                                     RESPECTFULLY SUBMITTED,
6 | Dated: November 8, 2019             **MARTIN & BONTRAGER, APC**
7
8 |                                     By: /s/ Nicholas J. Bontrager
9 |                                     Nicholas J. Bontrager
10|                                     *Attorney for Plaintiff*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager<br>Nicholas J. Bontrager, Esq.