# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS REEVES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-01503-JAM-CKD<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

## ORDER RE: STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE

Plaintiff, DENNIS REEVES ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A., incorrectly sued as Capital One Bank, N.A., ("Capital One"), through their respective counsel, having filed a Stipulation to Dismiss Entire Matter With Prejudice and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Capital One are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: 12/19/19

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　United States District Court Judge